UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDY LEE RUDDER,<br><br>                  Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>                  Defendant. | CASE NO. 3:24-cv-05418-LK-BAT<br><br>**ORDER DENYING PLAINTIFF'S LETTER MOTION TO WAIVE RECOUPMENT OF FILING FEE, DKT. 9.** |

Plaintiff filed a § 1983 prisoner civil rights complaint, and on June 13, 2024, was granted leave to proceed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a). Dkt. 5. On July 11, 2024, Plaintiff filed a letter that states:

> Please excuse & waive all fees to this case to proceed forward. I am well below the poverty level. I have zero dollars & zero outside help. I have LFO's already stacking up and deducted and when or if I am able to get a job in this prison I still will barely be able to purchase hygiene. So please again remove/waive this fee and allow me to proceed.

Dkt. 9. A federal civil action filed by a prisoner such as Plaintiff may proceed only if Plaintiff pays the filing fee or is granted leave to proceed IFP under 28 U.S.C. § 1915(a). The Court cannot grant Plaintiff's request to excuse or waive recoupment of the filing fee because a prisoner who is granted leave to proceed IFP remains obligated to pay the entire fee in "increments" or "installments." *See* 28 U.S.C. § 1915(b)(1) & (2); *Bruce v. Samuels*, 577 U.S.

ORDER DENYING PLAINTIFF'S LETTER MOTION
TO WAIVE RECOUPMENT OF FILING FEE, DKT. 9. - 1

1  |  82, 84 (2016); *Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015).

2  |  The Court accordingly **ORDERS**:

3  |  1.  Plaintiff's letter motion (Dkt. 9) requesting the Court waive or excuse recoupment of the filing fee is **DENIED**.

5  |  2.  The clerk shall provide a copy of this order to Plaintiff.

6  |  DATED this 12th day of July, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

e